IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HORTENCIA CHAVIRA, | § |
| Petitioner, | § |
| v. | § CIVIL ACTION NO. H-11-0262 |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | § |
| Respondent. | § |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND ENTERING FINAL JUDGMENT**

This court has reviewed the Memorandum and Recommendation on Cross-Motions for Summary Judgment of the United States Magistrate Judge signed on February 29, 2012, and made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the Administrative Law Judge's decision denying social security benefits was supported by substantial evidence and proper application of the governing law. Accordingly, the defendant's motion for summary judgment (Docket Entry No. 8) is granted and the plaintiff's motion (Docket Entry No. 9) is denied. This appeal is dismissed, with prejudice.

This is a final judgment.

SIGNED on March 19, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge